# United States District Court

FOR THE DISTRICT OF

NEVADA

UNITED STATES OF AMERICA

v.                                                    Crim No.  3:18CR00041

Luis Ceja-Perez

On April 16, 2018 the above named was placed on supervised release for a period of 3 years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release.  It is accordingly recommended that he be discharged from supervised release.

Respectfully submitted,

_____

Kevin Rivera
United Probation Officer Assistant

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 8th day of April, 2020.

_____

Larry R. Hicks
United States District Judge